IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cv452

| | |
|---|---|
| TERRY LEE SPICER ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| SCOTT MIRACLE, et al. ) | |
| ) | |

**THIS MATTER** is before the Court on its on motion. The plaintiff attempted to pay his filing fee on December 6, 2006, but the check was returned "unable to locate account." Accordingly, the plaintiff has failed to comply with the Court's Order requiring payment within thirty days of November 6, 2006. (Doc. No. 3).

**IT IS, THEREFORE, ORDERED** that the plaintiff shall submit his filing fee, including an additional $45 fee for the returned check, 28 U.S.C. § 1914 (Judicial Conference Schedule of Fees), within ten days of the entry of this Order, or this matter will be dismissed.

**IT IS FURTHER ORDERED** that the time period for filing the defendants' answer will not begin until payment in full has been received.

Signed: January 11, 2007

Robert J. Conrad, Jr.
Chief United States District Judge